JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> EAGLE CONTRACTING, INC., a California corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-10367-JFW-PDx <br><br> ASSIGNED TO THE HONORABLE JOHN F. WALTER <br><br><br> **ORDER RE DISMISSAL OF ACTION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, **IT IS HEREBY ORDERED** that:

Pursuant to the Stipulation to Dismiss Action entered into by and between Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, and Defendant, Eagle Contracting, Inc., a California corporation, the above-entitled case shall be dismissed.

Dated: April 10, 2024

_____
UNITED STATES DISTRICT JUDGE

1